UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LANCE WAYNE WALTERS She/her a/k/a CARINA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:24-cv-00693-JPH-MKK ) |
| KERRY J. FORRESTAL Sheriff, BERTANELLI Lieutenant Deputy, | ) ) ) ) |
| Defendants. | ) |

**ORDER GRANTING MOTION TO DISMISS**

Plaintiff Lance Walters filed this action under 42 U.S.C. § 1983 while an inmate at the Marion County Jail ("MCJ"). Dkt. 1. In June 2024, Ms. Walters was released from the MCJ and transferred to the Hancock County Jail ("HCJ"). Dkt. 10. However, sometime later in June, Ms. Walters was released from the HCJ but did not provide an updated address to the Court, so the Court issued an order directing her to file an updated address with the Court by September 11, 2024, or the case would be dismissed. Dkt. 12. Ms. Walters provided an updated address on August 28, 2024, indicating she had returned to the custody of the HCJ. Dkt. 14. The Court thereafter updated Ms. Walters's address accordingly, screened her complaint, and allowed claims to proceed against Marion County Sheriff Kerry Forrestal and Lieutenant Bertanelli. Dkt. 15. The Court judicially notes that in *Walters v. Forrestal et al.*, No. 1:24-cv-00691-RLY-KMB, an entry sent to Ms. Walters at the HCJ was returned as undeliverable, indicating Ms. Walters was no longer in HCJ's custody. *Id.* at dkt. 30. Also, the

1

HCJ's online inmate tracker does not show Ms. Walters as a current inmate. *See* https://omsweb.public-safety-cloud.com/jtclientweb/ (S(awd12o4ibv0oln5xpuz32flq))/jailtracker/index/Hancock_County_IN (last visited April 8, 2025).

Defendants have now filed a motion to dismiss for failure to prosecute under Fed. R. Civ. P. 41(b). Dkt. 27. In addition to the above, Defendants' counsel states that they spoke with the HCJ administrator on February 18, 2025, and were informed that Ms. Walters was released from custody on January 27, 2025. *Id.* at ¶ 4. Ms. Walters has neither timely responded to the motion to dismiss nor provided an updated address to the Court. *See* Local Rule 7-1(c)(2) (providing 21-day deadline to respond to motion to dismiss). Additionally, Ms. Walters was informed at the outset of this case that she has a continuing duty to update her address within 10 days of any change of address. Dkt. 8.

It is plain that Ms. Walters has abandoned this action. Accordingly, the motion to dismiss filed by Defendants, dkt. [27], is **granted**. *See Shaffer v. Lashbrook*, 962 F.3d 313, 316 (7th Cir. 2020) (noting that "although district courts must warn litigants before dismissing a case *sua sponte*, they need not do so when as here, the court is ruling on a motion filed by the opposing party. …The motion itself is the warning.") (internal citations omitted).

Additionally, the Court agrees with Defendants that Ms. Walters unfortunately has demonstrated an "on again/off again" pattern to litigating cases in this Court—actively pursuing them when she is in custody and abandoning them after she is released. *See also Walters v. Forrestal et al.,* No.

1:24-cv-00202-RLY-CSW, dkt. 50 (S.D. Ind. Aug. 12, 2024) (granting motion to dismiss for failure to prosecute). Although ultimately the Court dismissed cause number -00202 without prejudice, *see id.* at dkt. 52, the Court concludes that this matter must be **dismissed with prejudice**. *See* Fed. R. Civ. P. 41(b) (stating that "[u]nless the dismissal order states otherwise, a dismissal under this subdivision . . . operates as an adjudication on the merits.") Final judgment will issue by separate entry consistent with this order and the Court's screening order at dkt. 15. Furthermore, because Ms. Walters has not provided a current address to the Court, this order cannot be sent to her but the clerk shall provide a copy of it upon request.

**SO ORDERED.**

Date: 4/8/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

LANCE WAYNE WALTERS
No Current Address Provided – Clerk to Provide Copy Upon Request