UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LANCE WAYNE WALTERS She/her a/k/a CARINA,<br><br>             Plaintiff,<br><br>             v.<br><br>KERRY J. FORRESTAL Sheriff,<br>SITZMAN Deputy,<br>OROZCO-JIMENEZ Deputy,<br>BERTANELLI Lieutenant Deputy,<br><br>             Defendants. | No. 1:24-cv-00693-JPH-MKK |

**FINAL JUDGMENT**

The court now enters **FINAL JUDGMENT** in favor of the Defendants. The Plaintiff's claims are **dismissed with prejudice**.

Date: 4/8/2025

Kristine L. Seufert, Clerk

BY: _____
      Deputy Clerk, U.S. District Court

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

LANCE WAYNE WALTERS
No Current Address Provided – Clerk to Provide Copy Upon Request